**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**DELTA DEVELOPMENT COMPANY,**
**Inc., John E. Pottharst, Jr., ind., etc.,**
**et al., Defendants-Appellants,**

and

**Getty Oil Company et al., Additional**
**Defendants-Appellees.**

No. 71–1913

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 16, 1971.

Rehearing Denied Oct. 8, 1971.

H. M. Holder, Tucker, Martin, Holder, Jeter & Jackson, Shreveport, La., for appellants-cross-appellants, the Pottharsts (in various capacities).

A. Lane Plauche, Plauche, Sanders, Smith & Hebert, Lake Charles, La., for appellant-cross-appellant, Delta Development Co., Inc.

J. B. Miller, New Orleans, La., for Louisiana Land & Exploration Co.

Thomas Connell, pro se.

Gerald J. Gallinghouse, U. S. Atty., James D. Carriere, Asst. U. S. Atty., New Orleans, La., Shiro Kashiwa, Asst. Atty. Gen., Edmund B. Clark, Robert S. Lynch, Attys., Dept. of Justice, Washington, D. C., for plaintiff-appellee.

Austin W. Lewis, Gene W. Lafitte, John M. King, Liskow & Lewis, New Orleans, La., for Getty Oil Co.

John E. Bailey, Melvin Evans, New Orleans, La., for Gulf Oil Corp.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

We are in agreement with the cogent opinion of the district court, United States v. Delta Development Company, 322 F.Supp. 121 (E.D.La.1970). The judgment appealed from is

Affirmed.

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Jesse James QUINN and Reginald L.**
**Kelsey, Defendants-Appellants.**

Nos. 71–1148, 71–1147.

United States Court of Appeals,
Tenth Circuit.

Oct. 1, 1971.

Glen S. Kelly, Asst. U. S. Atty. (Robert J. Roth, U. S. Atty., with him on the brief), for plaintiff-appellee.

Paul B. Swartz, Denver, Colo., for defendants-appellants.

Before LEWIS, Chief Judge, and PICKETT and BARRETT, Circuit Judges.

PER CURIAM.

Defendants were convicted of violations of 18 U.S.C. § 2113(a) and (d), armed robbery of a federally insured bank. They appeal, presenting as the sole appellate issue the claim that the judgments are not supported by sufficient evidence. After review of the entire record we conclude the claims are without merit. The record amply supports the verdicts and judgments.

Affirmed.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409.